**IN RE LINERBOARD ANTITRUST LITIGATION.**

**No. MDL 1261.**

United States District Court,
E.D. Pennsylvania.

Sept. 2, 2004.

Allen D. Black, Roberta D. Liebenberg, Fine, Kaplan & Black, Philadelphia, PA, H. Laddie, Montague, Jr., John R. Taylor, Berger & Montague PC, Philadelphia, PA, Howard Langer, Langer & Grogan P.C., Philadelphia, PA, Joseph Bruckner, Lockridge, Grindal, Nauden, Holstein, PLLP, Minneapolis, MN, Robert J. Larocca, Kohn, Swift & Graf, P.C., Philadelphia, PA, Anthony J. Bolognese & Associates, LLC, Philadelphia, PA, Carol V. Gilden, Michael Jerry Freed, Steven A. Kanner, Much, Shelist, Freed, Denenberg, Ament & Rubenstein, Chicago, IL, Howard Langer, Langer & Grogan, P.C., Philadelphia, PA, Robert J. Larocca, Kohn Swift & Graf, P.C., Philadelphia, PA, for plaintiffs.

Andrew G. Klevorn, Kathleen M. Mulligan, Nathan P. Eimer, Sidley & Austin, Chicago, IL, Barbara W. Mather, Pepper, Hamilton, LLP, Philadelphia, PA, Eric F. Gladbach, New York City, John P. Hooper, New York City, Mark Mc Careins, Winston & Strawn, Chicago, IL, Scott L. Fast, Ralph G. Wellington, Sherry A. Swirsky, Schnader, Harrison, Segal and Lewis L.L.P., Philadelphia, PA, Paul H. Saint-Antoine, Drinker, Biddle & Reath LLP, Philadelphia, PA, Douglas J. Kurtenbach, Robert F. Huff, Jr., Kirkland & Ellis, Daniel W. Smith, Norman M. Hirsch, Jenner & Block, Chicago, IL, Daniel B. Huyett, Stevens & Lee, Reading, PA, Bruce Michael Zessar, for defendants.

James J. Rodgers, Dilworth, Paxson L.L.P., Philadelphia, PA, Joseph M. Donley, Kittredge, Donley, Elson, Fullem & Embick, Philadelphia, PA, George Bochetto, Bochetto & Lentz PC, Warren Rubin, Law Offices of B.M. Gross PC, Philadelphia, PA, James J. Rodgers, Dilworth Paxson L.L.P., Philadelphia, PA, William J. Blechman, Kenny, Nachwalter, Seymour, Arnold, Critchlow and Spector, Miami, FL, for movants.

**ORDER**

DuBOIS, District Judge.

**AND NOW,** this 2nd day of September, 2004, upon consideration of the request of direct action plaintiffs in *Sara Lee Corporation, et al. v. Smurfit Stone Container Corporation, et al.,* No. 03–3939 (N.D. Ill., filed June 10, 2003), and *Smithfield Foods, Inc., et al. v. Smurfit Stone Container Corporation,*

*et al.,* No. 03–3968 (N.D. Ill., filed June 11, 2003), to amend the Order of August 27, 2004, so as to add such direct action plaintiffs to the group of direct action plaintiffs granted leave to file and serve amended complaints by the Order of August 27, 2004,[1] and good cause appearing, **IT IS ORDERED** that this Court's Order of August 27, 2004, is **AMENDED** so as to **ADD** the direct action plaintiffs in *Sara Lee Corporation, et al. v. Smurfit Stone Container Corporation, et al.,* No. 03–3939 (N.D. Ill., filed June 10, 2003), and *Smithfield Foods, Inc., et al. v. Smurfit Stone Container Corporation, et al.,* No. 03–3968 (N.D. Ill., filed June 11, 2003), to the group of direct action plaintiffs granted leave to file and serve amended complaints within twenty (20) days of the Order of August 27, 2004, which add the same federal and state claims that were included in the Amended Complaints filed by plaintiffs in *Procter & Gamble Company, et al. v. Stone Container Corporation, et al.,* No. 03–3944 (N.D. Ill. filed June 10, 2003), *Milne Fruit Products, Inc., et al. v. Stone Container Corporation, et al.,* No. 03–4049 (N.D. Ill. filed June 13, 2003), and *Mars, Inc., et al. v. Stone Container Corporation, et al.,* No. 03–6977 (N.D. Ill. filed October 1, 2003). One (1) copy of the amended complaints shall be served on the Court (Chambers, Room 12613) when the originals are filed.

---

**1.** The direct action plaintiffs granted such leave by Order dated August 27, 2004, are those entities which asserted claims in *Perdue Farms Incorporated v. Stone Container Corporation, et al.,* No. 03–1702 (D.Md. filed June 9, 2003), *United States Gypsum Company, et al. v. Stone Container Corporation, et al.,* No. 03–4251 (N.D. Ill. filed June 10, 2003), *Hormel Foods Corporation, et al. v. Stone Container Corporation, et al.,* No. 03–3421 (D. Minn. filed June 13, 2003), *Kellogg Company, et al. v. Smurfit Stone Container Corporation, et al.,* No. 03–4213 (N.D. Ill. filed June 19, 2003), and *Conopco, Inc., et al. v. Smurfit Stone Container Corporation, a successor to Stone Container Corporation, et al.,* No. 03–3549 (E.D. Pa. filed June 9, 2003).